IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CV373 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| $13,054.00 in | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| LEON N. STANLEY, | ) | |
| | ) | |
| Claimant. | ) | |

This matter is before the court on the motion of Kirk E. Naylor, Jr. ([Filing No. 15](Filing No. 15)) to withdraw as counsel for the claimant, Leon N. Stanley. The movant does not give a reason for the withdrawal or state whether Mr. Stanley opposes the motion. However, the movant served a copy of the motion on Mr. Stanley. The court will afford Mr. Stanley an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. Kirk E. Naylor, Jr.'s motion to withdraw ([Filing No. 15](Filing No. 15)) is held in abeyance.

2. Leon N. Stanley shall have to **on or before July 15, 2009**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, Leon N. Stanley will be considered proceeding *pro se*.

3. Moving counsel shall serve a copy of this order on his client and file a certificate of such service with the court.

DATED this 15th day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge