In The United States District Court
For The District of NEbraska

United States of America                    # 8:08CV373
            Plaintiff

vs

13,054.00 in us Currency                    Order on
            Defendant                        Final Pretrial
                                             Con France

Leon Stanley
            Claimant

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
09 AUG 13 PM 1:58
OFFICE OF THE CLERK

A) Exhibit List

1. Bank Statements
2. Privios bill of Sales
3. Old tax recipts from Privios Car Sales.
4. Evidence DVD
5. Police Reports
6. Crimnal Record

D) Witnesses
1. I wald like to Call ⬤.
2. J. Roffe Nebraska state Ratrol 4130 Nw 8th Lincoln NE 68524
3 L. Connelly NSP 4130 NW 37th Lincoln NE 68524

4) Number of Jurs

O members of Jurors

5) Lenth of trial

Trial Shouldn't last longer then 1day
for all of my witnesses an questions!

To   The Honorable Judge
THomes D. Thelken


This is to the best of my ~~understing~~
understing to the letter you sent me
8/2/09. These are all the things I
will need for my trial. The trial day
~~already~~ already set is okay with me.
I tried contacting the D.A. with no
such luck so an trial is very
Probable. I wrote the DA ~~but~~ an recieved
no respose. So I have Prepared for
trial an I'm ready. Thank you for
your time.

<!-- signature -->

**RECEIVED**

AUG 1 3 2009

THOMAS D. THALKEN
U.S. MAGISTRATE JUDGE



OMAHA NE 680

12 AUG 2009 PM 2

Leon Stanley
387 North Chestnut St.
Wahoo NE 68066

Suite 4

INMATE MAIL
Saunders Co. Jail
Wahoo, NE
Contents Uncensored

RECEIVED
AUG 13 2009
THOMAS D. THALKEN
U.S. MAGISTRATE JUDGE

Judge Thomas D. Thalken
United States Magistrate Judge
Roman L. Hruska U.S. Courthouse
111 South 18th Plaza  Suite 2271
Omaha, NE  68102-1322
681028i322